**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

UNITED STATES OF AMERICA,

        **Plaintiff,**

        **vs.**

CHRISTOPHER DIJON MOORE

        **Defendant.**

CASE NO. _____

JUDGE

INDICTMENT    **2 : 18 cr 158**

21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
21 U.S.C. §§ 841(a)(1) and (b)(1)(C)
18 U.S.C. §§ 922(g)(1) and 924(a)

**FORFEITURE ALLEGATION**

' Judge Marbley .

**THE GRAND JURY CHARGES:**

## COUNT 1
### (Distribution of Heroin)

On or about April 19, 2018, in the Southern District of Ohio, the defendant,

**CHRISTOPHER DIJON MOORE,** did knowingly and intentionally distribute a substance

containing a detectable amount of heroin, a Schedule I controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 2
### (Possession with Intent to Distribute Heroin and Fentanyl)

On or about May 3, 2018, in the Southern District of Ohio, the defendant,

**CHRISTOPHER DIJON MOORE,** did knowingly and intentionally possess with intent to

distribute, a mixture and substance containing a detectable amount of heroin, a Schedule I

controlled substance, and a detectable amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 3
### (Possession with Intent to Distribute Fentanyl)

On or about May 3, 2018, in the Southern District of Ohio, the defendant, **CHRISTOPHER DIJON MOORE**, did knowingly and intentionally unlawfully possess with intent to distribute a mixture and substance containing a detectible amount of fentanyl, a Schedule II controlled substance.

**In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).**

## COUNT 4
### (Felon in Possession of Ammunition)

On or about May 3, 2018, in the Southern District of Ohio, the defendant, **CHRISTOPHER DIJON MOORE**, having been convicted of the following crime, punishable by imprisonment for a term exceeding one year: on or about December 7, 2009, in the Delaware County Court of Common Pleas, Burglary (F-2), in case number 09-CR-I080392B, did knowingly possess, in or affecting interstate commerce, ammunition, specifically fourteen (14) rounds of Cascade Cartridge Inc./Blazer .40 caliber ammunition.

**In violation of 18 U.S.C. §§ 922(g)(1) and 924(a).**

## FORFEITURE ALLEGATION

The allegations of this Indictment are realleged and by this reference fully incorporated herein for the purpose of alleging forfeitures to the United States of America under 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c).

2.      Upon conviction of one or more of the offenses alleged in Counts Two, Three, and Four of the Indictment in violation of 18 U.S.C. § 922, 18 U.S.C. § 924, and/or 21 U.S.C. § 841, the Defendant, **CHRISTOPHER DIJON MOORE,** shall forfeit to the United States, under 18

2

U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in and/or used

in violation of such offense, including, but not limited to following:

A Glock Extended Magazine and fourteen (14) rounds of Cascade Cartridge Inc./Blazer .40 caliber ammunition seized on or about May 2, 2018.


**Forfeiture in accordance with 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2 of the Federal Rules of Criminal Procedure.**

**A TRUE BILL**

**s/ Grand Jury Foreperson**
**FOREPERSON**

**BENJAMIN C. GLASSMAN**
**UNITED STATES ATTORNEY**


**s/ Jonathan J.C. Grey**
**JONATHAN J.C. GREY, (6292918-IL)**
**Assistant United States Attorney**