IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

United States of America

    v.                          2:18-cr-158
                                Judge Marbley

Christopher Dijon Moore

ORDER

    There being no objections, the Court hereby adopts the Report and Recommendation of the Magistrate Judge (ECF No. 16) that the defendant's guilty plea be accepted. The Court accepts the defendant's plea of guilty to Counts 3 and 4 of the Superseding Indictment, and he is hereby adjudged guilty on these counts. The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing.

Date: March 14, 2019                <u>s\Algenon L. Marbley</u>
                                      Algenon L. Marbley
                                      United States District Judge